United States District Court
Southern District of Texas

**ENTERED**

June 01, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

LEOBARDO PANTALEON AGUILAR, §
§
Petitioner, §
§ CIVIL ACTION NO. H-26-1342
vs. §
§
WARDEN, Montgomery Processing §
Center, *et al.*, §
§
Respondents. §
§

**ORDER**

The petitioner, Leobardo Pantaleon Aguilar, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention in ICE custody. (Docket Entry No. 1).  Since filing the petition, however, the petitioner's order of removal has become final.  (*See* Docket Entry No. 8; *see also Automated Case Information*, Executive Office for Immigration Review, https://acis.eoir.justice.gov/en (last visited May 25, 2026)).[1]  The petitioner is no longer detained under 8 U.S.C. § 1225 and is instead now detained under 8 U.S.C. § 1231(a)(6).  *See Ruiz Carrillo v. Frink*, Civ. Action No. H-26-0914, 2026 WL 1067568, at *1 (S.D. Tex. Apr. 20, 2026); *Iunusali Muminov v. Warden, FCI Lewisburg*, No. 3:26-cv-911, 2026 WL 1104371, at *2 (M.D. Pa. Apr. 23, 2026); *Vargas Chacon*, No. 26-cv-00119, 2026 WL 1048383, at *2 (D.N.J. Apr. 17, 2026); *cf. Ibrahimi v. Bondi*, No. SA-25-CA-00768-XR, 2026 WL 915768, at *2 (W.D. Tex. Mar. 27, 2026).

---

[1] Publicly available information related to the petitioner's immigration proceedings may be found by searching for the petitioner by his A-number and nationality at the Executive Office for Immigration Review's website, available at https://acis.eoir.justice.gov/en (last visited May 25, 2026).

Under § 1231(a)(6), "when an alien is ordered removed, the Attorney General is directed to complete removal within a period of 90 days, and the alien must be detained during that period." *Jennings v. Rodriguez*, 583 U.S. 281, 298 (2018) (citations omitted). Under *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001), detention pursuant to § 1231(a)(6) only becomes presumptively unreasonable after approximately six months. After that six-month period, "once the alien provides a good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to rebut that showing." *Id.* Because the petitioner's detention is now governed by § 1231 and because the petitioner is within the 90 days for post-removal detention provided for by the statute, the court **dismisses** the petition, without prejudice. Any challenge based on *Zadvydas* is premature at this time. Any pending motions are **denied** as moot.

SIGNED on May 27, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge

2